# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WILLY ALONSO ESCOBARHERNANDEZ,

                       Petitioner,                     20 **CIVIL** 9714 (RA)

      -against-                                 **JUDGMENT**

WILLIAM BARR, ET AL.,
                       Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 10, 2021, the Court concludes that (1) Petitioner's challenges to his detention are moot in light of his removal from the United States, and that (2) the Court lacks jurisdiction over Petitioner's removal-related claims under 8 U.S.C. § 1252(a)(5), to the extent he raises any. The petition is accordingly dismissed, and this case is closed.

**DATED:** New York, New York
             May 10, 2021

                                                            **RUBY J. KRAJICK**
                                                               Clerk of Court

                                         BY:
                                                            Deputy Clerk